**Stephanie SPEAS, Plaintiff/Appellant,**

v.

**John MIRIANI, et al.,
Defendants/Respondents.**

**No. 60321.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 5, 1992.

Robert H. Wendt, Campbell & Campbell, St. Louis, for plaintiff/appellant.

Daniel T. Rabbitt, Jr., Rabbitt, Pitzer & Snodgrass, Ben Ely, Jr., Kortenhof & Ely, Cheryl A. Callis, St. Louis, for defendants/respondents.

### ORDER

PER CURIAM.

Plaintiff appeals after a jury found for the defendants in this personal injury action. We affirm. The trial court did not abuse its discretion and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).